PEOPLE *v* MILLER. Appeal from Monroe, James J. Kelley, Jr., J. Submitted Division 2 January 13, 1972, at Lansing. (Docket No. 12070.) Decided January 28, 1972.

*Thomas D. Ready,* Special Prosecutor, for the people.

*Patricia Costello,* for defendant on appeal.

Before: DANHOF, P. J., and T. M. BURNS and O'HARA, JJ.

MEMORANDUM OPINION. Defendant was convicted upon his plea of guilty, of breaking and entering with intent to commit larceny. MCLA 750.110; MSA 28.305. He appeals as a matter of right.

An examination of the record and briefs discloses no prejudicial error.

Affirmed.

PEOPLE *v* THEODORE EVANS. Appeal from Recorder's Court of Detroit, Joseph A. Gillis, J. Submitted Division 1 December 14, 1971, at Grand Rapids. (Docket No. 12071.) Decided January 28, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Thomas A. Neenan,* for defendant on appeal.

Before: T. M. BURNS, P. J., and R. B. BURNS and FITZGERALD, JJ.

MEMORANDUM OPINION. Defendant pleaded guilty to the offense of larceny from a person and was sentenced to imprisonment for a term of nine to ten years and appeals as of right.

An examination of the record and briefs discloses no prejudical error.

Affirmed.